**Order entered September 5, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00247-CR

### CARSTEN HEDEMANN, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 265th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F14-34917-R**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing on why appellant's brief has not been filed. On August 30, 2018, the supplemental reporter's record from the hearing held that same day was filed. We **ADOPT** the trial court's finding that appellant's brief has not been filed because the Dallas County District Clerk has not supplemented the record as requested by appellant. The reporter's record states that an order to supplement the clerk's record was presented to and signed by the trial court although no order has been received by this Court.

In light of the statements made in the reporter's record, we **ORDER** the Dallas County District Clerk to file, **WITHIN TEN DAYS OF THE DATE OF THIS ORDER**, a supplemental clerk's record containing the following items (each of which has been previously

requested in writing by appellant) or a written explanation of what items are unable to be supplemented and why:

- The October 2, 2015 motion for discovery pursuant to article 39.14(a) of the Texas Code of Criminal Procedure;
- The October 2, 2015 Defendant's Omnibus Pretrial Motion and Election of Punishment;
- The Search Warrant requested by the State for Defendant's computers;
- The Subpoena Duces Tecum along with the officer's return for witness Barbara Banda; and
- Defendant's July 25, 2017 request for the issuance of the Subpoena Duces Tecum for Barbara Banda.

We **ORDER** appellant's brief due **FORTY DAYS FROM THE DATE OF THIS ORDER**.

/s/    CRAIG STODDART
JUSTICE